

## CSA Architects and Engineers, LLP

Mercantil Plaza, Mezzanine Suite, San Juan, P.R. 00918
Voice Phone: (787) 754-6800   Fax: (787) 753-7330

## INVOICE

| INVOICE TO: | DATE |
|---|---|
| Antonio Cobián Méndez P.E. PPL<br>Principal Engineer<br>Municipality of Caguas<br>P.O. Box 907<br>Caguas, P.R. 00726-0907 | 30-Jun-08 |
| | **Invoice Number** |
| | 6923 - Rev |
| | **CSA Project Number** |
| | 05PR114C00 |
| | **DELIVERY DATE** |
| Attention: Antonio Cobián Méndez, PE, PPL. | 11-Dec-08 |

| DESCRIPTION | AMOUNT |
|---|---|
| **Caguas Science and Technology Center**<br><br>Municipality Contract Number: 2007-11477- B<br>Purchase Order Number and/or Municipal Service:<br>Original Contract: 4500054802<br><br>Invoice for the following work completed:<br><br>1. Bid Process - Balance of Total ..................7,000.00 | $7,000.00 |
| TOTAL THIS INVOICE | |
| Under penalty of absolute nullity, I certify that no public servant of the Municipality of Caguas is a part of or has any interest in the earnings or benefits, which are aproduct of the contract that is the object of this invoice. If the event that a public servant is a part of or has an interest in the earnings or benefits, which are a product of the contract, a previous waiver will have been obtained. The only consideration in providing the goods or services, which are the object of the contract, has been the payment agreed to with the agency's authorized representative. The cost of this invoice is fair and correct. Services have been rendered and have not been paid.<br><br>Edith L. Calzadilla, AIA, NCARB, ASLA, CDT<br>Architecture Unit Manager | Pre-Intervention<br>Fecha<br>Realizado por<br>Aprobado por |
| **TOTAL** | **$7,000.00** |

*This invoice must be paid within thirty (30) days from the delivery date.*



ESTADO LIBRE ASOCIADO DE PUERTO RICO
MUNICIPIO AUTONOMO DE CAGUAS

Lcdo. William Miranda Marín
Alcalde

Aun No Pagado
$7,000

**MIRO (Números de facturas)**
51-4240

Fondo: 417 - Res. Conjunta
379

Hoja de Cotejo

Núm. Control: 10444

18 de diciembre de 2008

Orden: 54802

Tipo de Documento:

_____ KP  __ HP  __ A  ☺ SF  ___ K  _____ KF

Recepción: ____ SI      ____ NO

Suplidor: CSA Architects & Engineers

Departamento: OFICINA DEL INGENIERO PRINCIPAL

Conduce: _____          FACTURA 6923

Recepcion  59883

Cantidad a Pagar: $7,000.00

Enlace: Mirian Morales Claudio     Ext. 3285

mmc

Documentos adicionales:

_____
_____
_____



Apartado 907, Caguas, P.R. 007
Tel. (787)653-5400 ext 3284 Fax (787)744-478

E-mail: acobian@caguas.gov.pr
http://www.caguas.gov.pr



# CSA Architects and Engineers, LLP

Mercantil Plaza, Mezzanine Suite, San Juan, P.R. 00918
Voice Phone: (787) 754-6800    Fax: (787) 753-7330

'09 JUN 17 AM 11:04

## INVOICE

| INVOICE TO: | DATE |
|---|---|
| Municipality of Caguas<br>P.O. Box 907<br>Caguas, P.R. 00726-0907 | 30-Sep-08 |
| | **Invoice Number**<br>7056 |
| | **CSA Project Number**<br>05PR114C00 |
| | **DELIVERY DATE:** |
| Attention: Antonio Cobián Méndez, PE, PPL. | 15-Jun-09 |

| DESCRIPTION | AMOUNT |
|---|---|

**Caguas Science and Technology Center**

**Municipality Contract Number: 2007-11477- B**
**Purchase Order Number and/or Municipal Service:**
**Original Contract: 4500054802**

Invoice for the following work completed:

1. TASK - Submit Agencies Permits
   a. Submit Agencies Permits 100% Complete   $78,000.00
   b. Previously Invoiced                     $70,600.00
   c. Net invoiced this Task                              $7,400.00
2. TASK - Approved Agencies Permits
   a. Approved Agencies Permits 100% Complete $78,000.00
   b. Previously Invoiced                     $0.00
   c. Net invoiced this Task                              $78,000.00
3. TASK - College Stamps
   a. 100% Complete                           $8,000.00
   b. Previously Invoiced                     $0.00
   c. Net invoiced this Task                              $8,000.00
4. TASK - Additional Plans and Specifications
   a. 100% Complete                           $2,500.00
   b. Previously Invoiced                     $0.00
   c. Net invoiced this Task                              $2,500.00

**TOTAL THIS INVOICE**                                    **$95,900.00**

Under penalty of absolute nullity, I certify that no public servant of the Municipality of Caguas is a part of or has any interest in the earnings or benefits, which are a product of the contract that is the object of this Invoice. If the event that a public servant is a part of or has an interest in the earnings or benefits, which are a product of the contract, a previous waiver will have been obtained. The only consideration in providing the goods or services, which are the object of the contract, has been the payment agreed to with the agency's authorized representative. The cost of this invoice is fair and correct. Services have been rendered and have not been paid.

José A. Moreno Rivera, CAAPPR, AIA, CSI, CCCA, LEED AP
Vice President Housing and Hospitality

| TOTAL | $95,900.00 |
|---|---|

*This invoice must be paid within thirty (30) days from the delivery date.*

09-0044

ESTADO LIBRE ASOCIADO DE PUERTO RICO
MUNICIPIO AUTONOMO DE CAGUAS

Lcdo. William Miranda Marín
Alcalde

*Aun no Pagado*
*# 84,650*

Fondo: 417
*Rec. Conjunto*

MIRO (Números de facturas)
~~51-150875~~
51-151349
Núm. Control: 20849

51- 178930

Hoja de Cotejo

1 de junio de 2009
Orden: 54802

Tipo de Documento:
___ KP ___ HP ___ A ☺ SF ___ K ___ KF

Recepción: ___ SI ___ NO

Suplidor: CSA Architects & Engineers

Departamento: SECRETARIA DE INFRAESTRUCTURA, ORNATO Y CONSERVACION

Conduce: _____ FACTURA 7056

Recepcion 64330

Cantidad a Pagar: $~~99,722.00~~ $95,900.—

Enlace: Mirian Morales Claudio    Ext. 3285

mmc

*$ 84,650*

Documentos adicionales:
*Esta factura complementa miro - 51-178930 -11,250 pendiente de procesar. Un balance de 84,650. Caso # E-CD-2009-1719*

*De aquí salió el pago # 11,250.00 Tribunal.*



Apartado 907, Caguas, P.R. 007
Tel. (787)653-5400 ext 3284 Fax (787)744-478

E-mail: acobian@caguas.gov.pr
http://www.caguas.gov.pr

Estado Libre Asociado de Puerto Rico
TRIBUNAL DE PRIMERA INSTANCIA
Sala Superior de Caguas
Salón de Sesiones 612

CIVIL NUM. E CD2009-1719

SOBRE: COBRO DE DINERO



**MINUTA**

A la VISTA comparece el Ledo. Octavio J. Capó Pérez en representación de la parte demandante; también el Ledo. Raúl J. Tous Bobonis en representación de la parte codemandada, CSA Architects and Engieneers, Inc. (CSA); también la Leda. Aníbelle Sloan Altieri en representación de la parte codemandada, Municipio Autónomo de Caguas (Municipio).

El licenciado Capó manifestó que las partes llegaron a un acuerdo transaccional y lo vierte para record:

- Las partes se comprometen a dar por terminado cualquier reclamo que tengan con relación a esta *Demanda*.
- Estipulan la deuda por la cantidad de $34,850, sin imposición de costas ni honorarios.
- CSA Architects and Engineers se compromete a pagar $23,600 menos el 7% ($1,652) por concepto de contribuciones retenida quedando un total de $21,948 a la parte demandante.
- Se hace constar que el licenciado Tous entrega en corte abierta al licenciado Capó el cheque número 026072 del 20 sep 2010 por la cantidad de $21,948.
- Debido a que el Municipio no hizo contrato con la parte demandante, se compromete a pagar en o antes del 27 sep 2010 a CSA los $11,250 menos el 7% ($787.50) por concepto de contribuciones retenida quedando un total de $10,462.50 y CSA remitirá el pago a la parte demandante.

El Tribunal aprueba la estipulación advenida entre las partes y dicta sentencia de archivo bajo la Regla 39.1 de Procedimiento Civil, con perjuicio. No obstante de no finiquitarse el acuerdo con la entrega del cheque por la cantidad de $10,462.50 el 27 sep 2010, según lo estipulado, se dejará sin efecto la sentencia.

cf. Leda. Aníbelle Sloan Altieri, Edif. Le Mans Ofic. 702, 602 Ave. Muñoz Rivera, San Juan PR 00918
Ledo. Raúl J. Tous Bobonis, CSA Plaza, 1064 Ave Ponce de León Ste. 509, San Juan PR 00907-3740
Ledo. Octavio J. Capó Pérez, PO Box 173, Mercedita PR 00715-0173

JUEZ: LILIA ORTIZ PUIG
OPERADORA: MARÍA I. COLÓN RIVERA
FECHA VISTA: 21 DE SEPTIEMBRE DE 2010
NOTIFICADA: 21 DE SEPTIEMBRE DE 2010
TRANSCRITA: 21 DE SEPTIEMBRE DE 2010

ALGUACIL: MARTA RIVERA REYES
CERTIFICO: CARMEN I. GARCÍA PÉREZ
SECRETARIA REGIONAL
POR: ELIZABETH MUÑIZ SÁNCHEZ
Secretaria Servicios a Sala

OAT 830 (Rev. abril/95)
Minuta Civil (Tribunal Primera Instancia)




ESTADO LIBRE ASOCIADO DE PUERTO RICO
MUNICIPIO AUTONOMO DE CAGUAS
APARTADO 907
CAGUAS, PUERTO RICO 00726

# COMPROBANTE DESEMBOLSO

Pagina 1 de 1

| Nombre del Suplidor | Numero del Suplidor |
|---|---|
| CSA ARCHITECTS & ENGINEERS | 660378904 |
| **Dirección del Suplidor** | **Numero de Comprobante** |
| #2 SUITE AVE PONCE DE LEON MERCANTI HATO REY,P.R. PR 00918 | 1500113676 |

## Distribución del Desembolso

| Fondo | Dep | Prog | No. Cuenta | Ele. PEP | Ord.Compra | Factura | Importe |
|---|---|---|---|---|---|---|---|
| 417 | 12155 | 03 | 5399000 | 00200613 | 4500054802 | 5100178930 | 11,158.36 |
| 417 | 12155 | 03 | 4041000 | 00000000 | 4500054802 | 5100178930 | 91.64 |
|  | 99999 | 99 | 5422000 | 00000000 |  | 5100178930 | 787.50- |



| IMPORTE TOTAL | 10,462.50 |
|---|---|

### Certificación

| Observaciones | Certificado que la transaccion arriba indicada está de acuerdo con las leyes y reglamentos vigentes y que no he aprobado la misma previamente por lo cual autorizo su pago |
|---|---|
| **Oficina de Pre-Intervenciones** | |
| Certifico que los documentos adjuntos estan a tono con la ley, ordenanza, resoluciones, contratos y reglamentacion vigente. <br><br> 10/06/2010 <br> Encargado de Pre-Intervenciones  Fecha | *[signature]* 10/06/2010 <br> Alcalde o su Representante Autorizado  Fecha |
| Certifico que la firma del encargado de pre-intervencion es correcta, que los computos de este comprobante son correctos y que el mismo puede cargarse a las cuentas mencionadas <br><br> 10/06/2010 <br> Director de Finanzas  Fecha | Certificado que he efectuado el pago de este comprobante <br><br> Cheque Numero : 9138132 <br> *[signature]* 10/06/2010 <br> Pagador Oficial  Fecha |