

**CSA Architects and Engineers, LLP**
Mercantil Plaza, Mezzanine Suite, S. J., PR 00918 Tel. 787.641.6800 Fax 787.641.6850

April 9, 2010

Eng. Antonio R. Cobián
Director
Oficina de Planificación
Municipio Autónomo de Caguas
P.O. Box 907
Caguas, PR 00726-0907

CENTRO CRIOLLO DE CIENCIA Y TECNOLOGÍA.
ADJUSTED FEES FOR PROFESSIONAL SERVICES 07-1147

Dear Eng. Cobián:

As you are aware on September 15 2006 the Municipality of Caguas contracted CSA Architects and Engineers, LLP (CSA) for the planning, design and contractor selection of the project known as *Centro Criollo de Ciencia y Tecnología*. The executed agreement is based on the proposal submitted by CSA on August 14, 2006 and the Basis of agreement letter of same date. Subsequently, the agreement has been amended 3 times as follows:



- ✓ Amendment 07-1147-A of January 30, 2007 to extend the period of performance to May 31, 2007.
- ✓ Amendment 07-1147-B of May 30, 2007 to modify the Scope of Work to include Additional Soil Study, As-built Building Survey, Phase 1 ESA, Asbestos and Lead Surevey and Abetement Specifications, and Accessory Building Demolition Program, increase the Contract Sum by $44,323.00 and extend the period of performance to October 28, 2007.
- ✓ Amendment 07-1147-C of August 2, 2007 to modify the Scope of Work to include the abatement of Hazardous Materials through a subcontract with Vanguard and the observation of such work, increase the Contract Sum by $434,663.46 and extend the period of performance to December 27, 2007.

On November 15, 2007 I wrote you the attached letter which we discussed in my office. The letter addresses several items pending at the time, mainly the adjustment of Basic Design Fees in connection with the design of the *Centro Criollo de Ciencia y Tecnología*.

Attached please find an invoiced on the amount of

- ✓ Property and Topographic Survey for the Former Sears site
- ✓ Addition of the Structural X-Ray Studies required to determine the structural capacity of the former Sears building
- ✓ Increase in Project size from approximately 35,000 sf to approximately 52,000 sf and on an existing building.

84

The basis for adjustment in the compensation for the Basic Design Services is the provisions of Article V.1 of the Agreement 07-1147 executed between the Municipality of Caguas and CSA. This provision stipulates that the Basic Design Services Fees will be the established by the Manual for Professional Practice and Guidelines for the Compensation of Professional Services of the CIAPR, 1996 revision. Based on Category 5 and a Construction Estimate of $12,010,000 and the provisions of the cited Contract Clause, CSA is entitled for additional fees for Basic Design Services on the amount of **$303,971.00**. Other additional fees are noted in the table below.

**Additional Compensation Schedule***
*based on an $12,010,000 construction cost as determined from Construction Contract

| Service or Phase | Fee Type | Percent of Const. Budget | Fee Budget |
|---|---|---|---|
| Sub Contract Survey/As-built | Lump Sum | N/A | $11,241.00 |
| Adjustment to Basic Design Services Fees for increased size and construction cost | Lump Sum | | $303,971.00 |
| Addition of the Structural X-Ray Studies | Lump Sum | | $11,155.00 |
| | | TOTAL | $326,367.00 |



I have included an invoice reflecting the above stated. CSA feels proud of its participation on this project and I committed to continue to support the Municipality of Caguas in its quest for an improved quality of life for the residents of Caguas.

Thank you in advance I remain,

Cordially,

Jose A. Moreno Rivera, RA, CDT
Partner and Program Manager

85



# CSA Architects and Engineers, LLP
PO Box 36424 San Juan, PR 00936-4424
Voice Phone: (787) 641-6800  Fax:(787) 641-6878

## INVOICE

| INVOICE TO: | DATE |
|---|---|
| Municipality of Caguas<br>Planning Office<br>PO Box 907<br>Caguas, PR 00726 | 9-Apr-10 |
| | **Invoice Number**<br>7877 |
| | **CSA Project Number**<br>05PR114C00 |
| | **DELIVERY DATE**<br>9-Apr-10 |
| Attention: Eng. Antonio R. Cobián, Director | |

| | AMOUNT |
|---|---|
| Re: Contract No. 07-1147<br>For Professional services rendered as follows:<br><br>   -Sub contract Survey/As-built          $  11,241.00<br>   - Fee increase to Basic Design Services for increased<br>     size and construction cost as per paragraph V.1.    303,971.00<br>   - Addition of the Structural X-Ray Studies           11,155.00<br><br><br>**TOTAL AMOUNT OF THIS INVOICE** | $326,367.00 |
| Under penalty of absolute nulity, I certify that no public servant of the Municipality of Caguas is part or has any interest in the earnings or benefits product of the contract object of this invoice and to be part or have interest in the earnings or profits product of the contract has mediated a prior dispense. The only consideration to suply goods or services object of the contract has been the agreed payment with the authorized representative of the agency. The amount of this invoice is just and correct. The services were rendered and have not been paid. | |
| José A. Moreno Rivera, CAAPPR, AIA, CSI, CCCA, LEED-AP<br>Vice President | |
| **TOTAL** | **$326,367.00** |

*This invoice must be paid within thirty (30) days from the delivery date.*