222 Berkeley Street
Suite 1350
Boston, MA 02116
v (617) 437-6262
f (617) 437-1272
evjai@vernerjohnson.com
www.vernerjohnson.com

# E. Verner Johnson and Associates, Inc.
## Museum Architects and Planners

9 November 2006

**Principals**

E. Verner Johnson

Louis Sirianni

Bradley K. Nederhoff

Thomas A. Troller

Mr. Jose' A. Moreno
CSA Architects & Engineers, LLP
#2 POnce de Leon Avenue
Mercantil Plaza Building
Mezzanine Suite
San Juan, Puerto Rico  00918

**Director of
Museum Planning**

Guy Hermann

**Caguas Science and Technology Center - Caguas, Puerto Rico
Contract No.: CI-2006-023**

**Senior Associate**

Glenn D. Remick

Project Definition and Programming, Basic Design Services,
Contractor Procurement, Permits and Enviornmental Compliance

**Associates**

Jonathan Kharfen

Michael McHugh

Linda Cataldo

Professional Services 1 October through 8 November 2006

## A. Project Definition

| Staff | Hours | | Rate | Total Earned | |
|---|---|---|---|---|---|
| B. Nederhoff | 109.0 | @ | 175.00 | $ | 19,075.00 |
| G. Remick | 54.0 | @ | 150.00 | | 8,100.00 |
| S. Mandeville | 60.0 | @ | 75.00 | | 4,500.00 |
| **Total due this invoice for Professional Services:** | | | | **$** | **31,675.00** |

Summary:
Phase: Project Definition
Original Contract Amount: T&M (est. at $28,000)
This invoice: $31,675.00
Remaining balance in phase: 0

## B. Reimbursable Expenses

### EVJA reimbursable travel expenses:

Trip of B. Nederhoff, 7-10 October 2006

| | |
|---|---|
| Airfare: | $471.00 |
| Lodging: | 566.07 |
| Taxis: | 14.00 |
| Meals: | 112.02 |
| Parking: | 0.00 |
| Tolls: | 7.00 |
| | $1,170.09 |

Trip of B. Nederhoff, 2-3 November 2006 (New Jersey)

| | |
|---|---|
| Airfare: | $287.60 |
| Lodging: | 283.86 |
| Taxis: | 50.00 |
| Meals: | 37.26 |
| Parking: | 0.00 |
| Tolls: | 0.00 |
| | $658.72 |

*Subtotal due this invoice for "Other" EVJA expenses:*                              $1,828.81

### EVJA "Other" expenses:

| | |
|---|---|
| Reprographics: | $0.00 |
| Deliveries: | 0.00 |
| Tele / Fax/ Internet: | 30.55 |
| | $30.55 |

*Subtotal due this invoice for "Other" EVJA expenses:*                              $30.55

**Due this billing for Reimbursable Expenses:**                                    **$1,859.36**

**Total Due this Billing for Services and Expenses:**                    $     **33,534.36**

*Certification:*

*Under penalty of absolute nullity, I certify that no public servant of the Municipality of Caguas is part or has any interest in the earnings or benefits product of the contract object of this invoice and to be part or have interest in the earnings or profit product of the contract has mediated a prior dispense. The only consideration to supply goods or services object of the contract has been the agreed payment with the authorized representative of the agency. The amount of this invoice is just and correct. The services were rendered and have not been paid.*

Nov. 9, 2006

Bradley K. Nederhoff                                                               date
for E. Verner Johnson and Associates, Inc.

222 Berkeley Street
Suite 1350
Boston, MA 02116
v (617) 437-6282
f (617) 437-1272
evjai@vernerjohnson.com
www.vernerjohnson.com

# E. Verner Johnson and Associates, Inc.
## Museum Architects and Planners

9 December 2006

**Principals**

E. Verner Johnson
Louis Sirianni
Bradley K. Nederhoff
Thomas A. Troller

Mr. Jose' A. Moreno
CSA Architects & Engineers, LLP
#2 Ponce de Leon Avenue
Mercantil Plaza Building
Mezzanine Suite
San Juan, Puerto Rico  00918

**Director of Museum Planning**

Guy Hermann

**Caguas Science and Technology Center - Caguas, Puerto Rico**
**Contract No.: CI-2006-023**

**Senior Associate**

Glenn D. Remick

Project Definition and Programming, Basic Design Services,
Contractor Procurement, Permits and Enviornmental Compliance

**Associates**

Jonathan Kharfen
Michael McHugh
Linda Cataldo

Professional Services 9 November through 30 November 2006

## A. Project Definition

| Staff | Hours | | Rate | | Total Earned |
|-------|------:|---|------:|---|-------------:|
| B. Nederhoff | 53.0 | @ | 175.00 | $ | 9,275.00 |
| G. Remick | 98.0 | @ | 150.00 | | 14,700.00 |
| S. Mandeville | 25.0 | @ | 75.00 | | 1,875.00 |
| **Total due this invoice for Professional Services:** | | | | $ | **25,850.00** |

Summary:
   Phase: Project Definition
   Original Contract Amount: T&M (est. at $28,000)
   This invoice: $25,850.00
   Remaining balance in phase: 0

Mr. José A. Moreno                                                          **Page 2**
CSA Architects & Engineers, LLP                                           9 December 2006

**B. Reimbursable Expenses**

   **EVJA reimbursable travel expenses:**

   None this billing

   *Subtotal due this invoice for "Other" EVJA expenses:*                     $0.00

   **EVJA "Other" expenses:**

   None this billing

   *Subtotal due this invoice for "Other" EVJA expenses:*                     $0.00

   **Due this billing for Reimbursable Expenses:**                           **$0.00**

**Total Due this Billing for Services and Expenses:**               $      25,850.00

*Certification:*

*Under penalty of absolute nullity, I certify that no public servant of the Municipality of Caguas is part or has any interest in the earnings or benefits product of the contract object of this invoice and to be part or have interest in the earnings or profit product of the contract has mediated a prior dispense. The only consideration to supply goods or services object of the contract has been the agreed payment with the authorized representative of the agency. The amount of this invoice is just and correct. The services were rendered and have not been paid.*

**Bradley K. Nederhoff**
for E. Verner Johnson and Associates, Inc.

12-20-06
date

222 Berkeley Street
    Suite 1350
Boston, MA 02116
  (617) 437-6262
f (617) 437-1272
i@vernerjohnson.com
vw.vernerjohnson.com

# E. Verner Johnson and Associates, Inc.
Museum Architects and Planners

9 January 2007

Principals

E. Verner Johnson

Louis Sirianni

Bradley K. Nederhoff

Thomas A. Trolier

Mr. Jose' A. Moreno
CSA Architects & Engineers, LLP
#2 Ponce de Leon Avenue
Mercantil Plaza Building
Mezzanine Suite
San Juan, Puerto Rico  00918

Director of
Museum Planning

Guy Hermann

**Caguas Science and Technology Center - Caguas, Puerto Rico**
**Contract No.: CI-2006-023**

Senior Associate

Glenn D. Remick

Project Definition and Programming, Basic Design Services,
Contractor Procurement, Permits and Enviornmental Compliance

Associates

Jonathan Kharfen

Michael McHugh

Linda Cataldo

Professional Services 1 December through 20 December 2006

## A. Project Definition

| Staff | Hours | | Rate | Total Earned | |
|-------|-------|---|------|---|---|
| B. Nederhoff | 44.0 | @ | 175.00 | $ | 7,700.00 |
| G. Remick | 80.0 | @ | 150.00 | | 12,000.00 |

**Total due this invoice for Professional Services:**             $      19,700.00

Summary:

    Phase: Project Definition
    Original Contract Amount: T&M (est. at $28,000)
    This invoice: $19,700.
    Remaining balance in phase: 0

Jose' A. Moreno

Architects & Engineers, LLP

## Reimbursable Expenses

**EVJA reimbursable travel expenses:**

Trip of B. Nederhoff 6 December - 10 December 2006

| | |
|---|---|
| Airfare: | $451.00 |
| Lodging: | 886.80 |
| Taxis: | 48.00 |
| Meals: | 217.06 |
| Parking: | 88.00 |
| Tolls: | 0.00 |
| | $1,690.86 |

None this billing

*Subtotal due this invoice for "Other" EVJA expenses:*                    $1,690.86

## EVJA "Other" expenses:

| | |
|---|---|
| Reprographics: | $0.00 |
| Deliveries: | 6.39 |
| Tele / Fax/ Internet: | 29.90 |
| | $36.29 |

None this billing

*Subtotal due this invoice for "Other" EVJA expenses:*                    $36.29

**Due this billing for Reimbursable Expenses:**                    **$1,727.15**

**Total Due this Billing for Services and Expenses:**            $    21,427.15

Certification:

Under penalty of absolute nullity, I certify that no public servant of the Municipality of Caguas is part or is any interest in the earnings or benefits product of the contract object of this invoice and to be part or have interest in the earnings or profit product of the contract has mediated a prior dispense. The only consideration to supply goods or services object of the contract has been the agreed payment with the authorized representative of the agency.  The amount of this invoice is just and correct. The services were rendered and have not been paid.

Bradley K. Nederhoff

Jan. 9, 2007
date

for E. Verner Johnson and Associates, Inc.

Horticultural Hall
300 Massachusetts Avenue
Boston, MA 02115
v (617) 437 6262
f (617) 437 1272
evjai@vernerjohnson.com
www.vernerjohnson.com

# E. Verner Johnson and Associates, Inc.

Museum Architects and Planners

9 February 2007

**REMITTANCE COPY**

C S A
R E C E I V E D

FEB 2 0 2007

DOCUMENT ADMINISTRATION
DEPARTMENT

Principals

E. Verner Johnson

Louis Sirianni

Bradley K. Nederhoff

Thomas A. Troller

Director of
Museum Planning

Guy Hermann

Senior Associate

Glenn D. Remick

Associates

Jonathan Kharfen

Linda Cataldo

Michael McHugh
LEED Program Director

Mr. Jose' A. Moreno
CSA Architects & Engineers, LLP
#2 Ponce de Leon Avenue
Mercantil Plaza Building
Mezzanine Suite
San Juan, Puerto Rico 00918

Caguas Science and Technology Center - Caguas, Puerto Rico
Contract No.: CI-2006-023

Project Definition and Programming, Basic Design Services,
Contractor Procurement, Permits and Enviornmental Compliance

| | |
|---|---|
| **Estimated Construction Cost** (Based on 50,000 sq.ft. @ $250 per sq. ft.) | $12,500,000 |
| **Current Fee Split for EVJA** (per agreement dated 10 October 2006, page 9, "Compensation") | $505,250 |

**Professional Services 1 January through 31 January 2007**

| Phase | Fee Budget by Phase | % of Cost Budget | EVJA Fee Budget by Phase | EVJA % of Phase | % Complete | Total Earned |
|---|---|---|---|---|---|---|
| Schematic Design | $187,500 | 1.50% | $150,000 | 80% | 50% | $75,000.00 |
| Design Development | $240,000 | 1.92% | $192,000 | 80% | | $0.00 |
| Contract Documents | $791,250 | 6.33% | $158,250 | 20% | | $0.00 |
| Procurement | $50,000 | 0.40% | $5,000 | 10% | | $0.00 |

| | |
|---|---|
| Total Completed To-Date | $75,000.00 |
| Less Previously billed | 0.00 |
| **Total this Invoice for Basic Architectural Services:** | **$75,000.00** |

Summary:
Phase: Schematic Design

| | |
|---|---|
| Original Contract Amount: | $150,000 |
| This invoice: | $75,000 |
| Remaining balance in phase: | $75,000 |

## B. Reimbursable Expenses

### EVJA reimbursable travel expenses:

None this billing

*Subtotal due this invoice for  EVJA Travel expenses:*                                   $0.00

### EVJA "Other" expenses:

| | | |
|---|---|---|
| Reprographics: | $0.00 | |
| Deliveries: | 0.00 | |
| Tele / Fax/  Internet: | 1.41 | |
| | $1.41 | |

*Subtotal due this invoice for "Other" EVJA expenses:*                                 $1.41

**Due this billing for Reimbursable Expenses:**                                             $1.41

**Total Due this Billing for Services and Expenses:**                              $75,001.41

### Certification:

*Under penalty of absolute nullity, I certify that no public servant of the Municipality of Caguas is part or has any interest in the earnings or benefits product of the contract object of this invoice and to be part or have interest in the earnings or profit product of the contract has mediated a prior dispense. The only consideration to supply goods or services object of the contract has been the agreed payment with the authorized representative of the agency.  The amount of this invoice is just and  correct. The services were rendered and have not been paid.*

Bradley K. Nederhoff
for E. Verner Johnson and Associates, Inc.

2/15/07
date

Horticultural Hall
300 Massachusetts Avenue
Boston, MA 02115
v (617) 437 6262
f (617) 437 1272
evjai@vernerjohnson.com
www.vernerjohnson.com

# E. Verner Johnson and Associates, Inc.
Museum Architects and Planners

9 March 2007

**Principals**

E. Verner Johnson

Louis Sirianni

Bradley K. Nederhoff

Thomas A. Troller

**Director of Museum Planning**

Guy Hermann

**Senior Associate**

Glenn D. Remick

**Associates**

Jonathan Kharfen

Linda Cataldo

Michael McHugh
LEED Program Director

Mr. Jose' A. Moreno
CSA Architects & Engineers, LLP
#2 Ponce de Leon Avenue
Mercantil Plaza Building
Mezzanine Suite
San Juan, Puerto Rico 00918

**Caguas Science and Technology Center - Caguas, Puerto Rico
Contract No.: CI-2006-023**

Project Definition and Programming, Basic Design Services,
Contractor Procurement, Permits and Enviornmental Compliance

| | |
|---|---|
| **Estimated Construction Cost**<br>(Based on 50,000 sq.ft. @ $250 per sq. ft.) | **$12,500,000** |
| **Current Fee Split for EVJA**<br>(per agreement dated 10 October 2006, page 9, "Compensation") | **$505,250** |

**Professional Services 1 March through 31 March 2007**

| Phase | Fee Budget by Phase | % of Cost Budget | EVJA Fee Budget by Phase | EVJA % of Phase | % Complete | Total Earned |
|---|---|---|---|---|---|---|
| Schematic Design | $187,500 | 1.50% | $150,000 | 80% | 100% | $150,000.00 |
| Design Development | $240,000 | 1.92% | $192,000 | 80% | | $0.00 |
| Contract Documents | $791,250 | 6.33% | $158,250 | 20% | | $0.00 |
| Procurement | $50,000 | 0.40% | $5,000 | 10% | | $0.00 |

| | |
|---|---|
| Total Completed To-Date | $150,000.00 |
| Less Previously billed | 75,000.00 |
| **Total this Invoice for Basic Architectural Services:** | **$75,000.00** |

Summary:
Phase: Schematic Design

| | |
|---|---|
| Original Contract Amount: | $150,000 |
| This Invoice: | $150,000 |
| Remaining balance in phase: | $0 |

### B. Reimbursable Expenses

#### EVJA reimbursable travel expenses:

Trip of B. Nederhoff and G. Remick, 21 February-24 February 2007

| | |
|---|---|
| Airfare: | $1,047.34 |
| Lodging: | 1,271.75 |
| Taxis: | 143.00 |
| Meals: | 162.30 |
| Parking: | 0.00 |
| Mileage: | 12.15 |
| Tolls: | 7.00 |
| | $2,643.54 |

*Subtotal due this invoice for EVJA Travel expenses:*            $2,643.54

#### EVJA "Other" expenses:

| | |
|---|---|
| Reprographics: | $705.75 |
| Deliveries: | 0.00 |
| Tele / Fax/ Internet: | 0.34 |
| | $706.09 |

*Subtotal due this invoice for "Other" EVJA expenses:*           $706.09

**Due this billing for Reimbursable Expenses:**                  **$3,349.63**

**Total Due this Billing for Services and Expenses:**            $78,349.63

### Certification:

*Under penalty of absolute nullity, I certify that no public servant of the Municipality of Caguas is part or has any interest in the earnings or benefits product of the contract object of this invoice and to be part or have interest in the earnings or profit product of the contract has mediated a prior dispense. The only consideration to supply goods or services object of the contract has been the agreed payment with the authorized representative of the agency. The amount of this invoice is just and correct. The services were rendered and have not been paid.*

Bradley K. Nederhoff
**Bradley K. Nederhoff**
for E. Verner Johnson and Associates, Inc.

*March 19, 2007*
date

Horticultural Hall
100 Massachusetts Avenue
Boston, MA 02115
v (617) 437 6262
f (617) 437 1272
evjai@vernerjohnson.com
www.vernerjohnson.com

# E. Verner Johnson and Associates, Inc.

Museum Architects and Planners

30 April 2007

**Principals**

E. Verner Johnson

Louis Sinanni

Bradley K. Nederhoff

Thomas A. Trolier

**Director of
Museum Planning**

Guy Hermann

**Senior Associate**

Glenn D. Remick

**Associates**

Jonathan Kharfen

Linda Cataldo

Michael McHugh
LEED Program Director

Mr. Jose' A. Moreno
CSA Architects & Engineers, LLP
#2 Ponce de Leon Avenue
Mercantil Plaza Building
Mezzanine Suite
San Juan, Puerto Rico 00918

**Caguas Science and Technology Center - Caguas, Puerto Rico
Contract No.: CI-2006-023**

Project Definition and Programming, Basic Design Services,
Contractor Procurement, Permits and Enviornmental Compliance

| | |
|---|---|
| **Estimated Construction Cost**<br>(Based on 50,000 sq.ft. @ $250 per sq. ft.) | **$12,500,000** |
| **Current Fee Split for EVJA**<br>(per agreement dated 10 October 2006, page 9, "Compensation")<br>(including Project Definition Phase) | **$582,475** |

**Professional Services 1 March through 30 April 2007**

| Phase | Fee Budget by Phase | % of Cost Budget | EVJA Fee Budget by Phase | EVJA % of Phase | % Complete | Total Earned |
|---|---|---|---|---|---|---|
| Project Definition | $77,225 | | $77,225 | 100% | 100% | $77,225.00 |
| Schematic Design | $187,500 | 1.50% | $150,000 | 80% | 100% | $150,000.00 |
| Design Development | $240,000 | 1.92% | $192,000 | 80% | 25% | $48,000.00 |
| Contract Documents | $791,250 | 6.33% | $158,250 | 20% | | $0.00 |
| Procurement | $50,000 | 0.40% | $5,000 | 10% | | $0.00 |

| | |
|---|---|
| Total Completed To-Date | $275,225.00 |
| Less Previously billed | 227,225.00 |
| **Total this Invoice for Basic Architectural Services:** | **$48,000.00** |

Summary:
Phase: Design Development

| | |
|---|---|
| Original Contract Amount: | $192,000 |
| This invoice: | $48,000 |
| Remaining balance in phase: | $144,000 |

Mr. José A. Moreno                                                        **Page 2**
CSA Architects·& Engineers, LLP                                           30 April 2007

## B. Reimbursable Expenses

### EVJA reimbursable travel expenses:

None this billing

*Subtotal due this invoice for  EVJA Travel expenses:*                    $0.00

### EVJA "Other" expenses:

| | |
|---|---|
| Reprographics: | $0.00 |
| Deliveries: | 28.26 |
| Tele / Fax / Internet: | 0.86 |
| | $29.12 |

*Subtotal due this invoice for "Other" EVJA expenses:*                    $29.12

**Due this billing for Reimbursable Expenses:**                          **$29.12**

**Total Due this Billing for Services and Expenses:**                     **$48,029.12**

*Certification:*

*Under penalty of absolute nullity, I certify that no public servant of the Municipality of Caguas is part or has any interest in the earnings or benefits product of the contract object of this invoice and to be part or have interest in the earnings or profit product of the contract has mediated a prior dispense. The only consideration to supply goods or services object of the contract has been the agreed payment with the authorized representative of the agency. The amount of this invoice is just and correct. The services were rendered and have not been paid,*

**Bradley K. Nederhoff**
for E. Verner Johnson and Associates, Inc.

*May 16, 2007*
date

Horticultural Hall
300 Massachusetts Avenue
Boston, MA  02115
v (617) 437 6262
f (617) 437 1272
evjai@vernerjohnson.com
www.vernerjohnson.com

# E. Verner Johnson and Associates, Inc.
Museum Architects and Planners

31 May 2007

Mr. José A. Moreno
CSA Architects & Engineers, LLP
#2 Ponce de Leon Avenue
Mercantil Plaza Building
Mezzanine Suite
San Juan, Puerto Rico  00918

**Principals**

E. Verner Johnson

Louis Sirianni

Bradley K. Nederhoff

Thomas A. Troller

**Director of
Museum Planning**

Guy Hermann

**Senior Associate**

Glenn D Remick

**Associates**

Jonathan Kharfen

Linda Cataldo

Michael McHugh
LEED Program Director

**Caguas Science and Technology Center - Caguas, Puerto Rico
Contract No.: CI-2006-023**

Project Definition and Programming, Basic Design Services,
Contractor Procurement, Permits and Enviornmental Compliance

| **Estimated Construction Cost** | **$12,500,000** |
|---|---|
| (Based on 50,000 sq.ft. @ $250 per sq. ft.) | |

| **Current Fee Split for EVJA** | **$582,475** |
|---|---|
| (per agreement dated 10 October 2006, page 9, "Compensation") | |
| (including Project Definition Phase) | |

**Professional Services 1 May through 31 May 2007**

| Phase | Fee Budget by Phase | % of Cost Budget | EVJA Fee Budget by Phase | EVJA % of Phase | % Complete | Total Earned |
|---|---|---|---|---|---|---|
| Project Definition | $77,225 | | $77,225 | | 100% | $77,225.00 |
| Schematic Design | $187,500 | 1.50% | $150,000 | 80% | 100% | $150,000.00 |
| Design Development | $240,000 | 1.92% | $192,000 | 80% | 70% | $134,400.00 |
| Contract Documents | $791,250 | 6.33% | $158,250 | 20% | | $0.00 |
| Procurement | $50,000 | 0.40% | $5,000 | 10% | | $0.00 |

| Total Completed To-Date | $361,625.00 |
|---|---|
| Less Previously billed | 275,225.00 |
| **Total this Invoice for Basic Architectural Services:** | **$86,400.00** |

Summary:
Phase: Design Development

| Original Contract Amount: | $192,000 |
|---|---|
| This invoice: | $86,400 |
| Remaining balance in phase: | $57,600 |

**B. Reimbursable Expenses**

### EVJA reimbursable travel expenses:

None this billing

*Subtotal due this invoice for EVJA Travel expenses:*                    $0.00

### EVJA "Other" expenses:

| | |
|---|---|
| Reprographics: | $168.75 |
| Deliveries: | 0.00 |
| Tele / Fax / Internet: | 0.00 |
| | $168.75 |

*Subtotal due this invoice for "Other" EVJA expenses:*                   $168.75

**Due this billing for Reimbursable Expenses:**                          **$168.75**

**Total Due this Billing for Services and Expenses:**                    $86,568.75

*Certification:*

*Under penalty of absolute nullity, I certify that no public servant of the Municipality of Caguas is part or has any interest in the earnings or benefits product of the contract object of this invoice and to be part or have interest in the earnings or profit product of the contract has mediated a prior dispense. The only consideration to supply goods or services object of the contract has been the agreed payment with the authorized representative of the agency. The amount of this invoice is just and correct. The services were rendered and have not been paid.*

**Bradley K. Nederhoff**                                                 June 12, 2007
for E. Verner Johnson and Associates, Inc.                              date

Horticultural Hall
300 Massachusetts Avenue
Boston, MA 02115
v (617) 437 6262
f (617) 437 1272
evjai@vernerjohnson.com
www.vernerjohnson.com

# E. Verner Johnson and Associates, Inc.
## Museum Architects and Planners

30 June 2007

Mr. Jose' A. Moreno
CSA Architects & Engineers, LLP
#2 Ponce de Leon Avenue
Mercantil Plaza Building
Mezzanine Suite
San Juan, Puerto Rico  00918

**Principals**

E. Verner Johnson

Louis Sirianni

Bradley K. Nederhoff

Thomas A. Troller

**Director of
Museum Planning**

Guy Hermann

**Senior Associate**

Glenn D. Remick

**Associates**

Jonathan Kharfen

Linda Cataldo

Michael McHugh
LEED Program Director

**Caguas Science and Technology Center - Caguas, Puerto Rico
Contract No.: CI-2006-023**

Project Definition and Programming, Basic Design Services,
Contractor Procurement, Permits and Enviornmental Compliance

| | |
|---|---|
| **Estimated Construction Cost** (Based on 50,000 sq.ft. @ $250 per sq. ft.) | **$12,863,549** |
| **Current Fee Split for EVJA** (per agreement dated 10 October 2006, page 9, "Compensation") (including Project Definition Phase) | **$597,170** |

**Professional Services 1 May through 31 May 2007**

| Phase | Fee Budget by Phase | % of Cost Budget | EVJA Fee Budget by Phase | EVJA % of Phase | % Complete | Total Earned |
|---|---|---|---|---|---|---|
| Project Definition | $77,225 | | $77,225 | | 100% | $77,225.00 |
| Schematic Design | $192,953 | 1.50% | $154,363 | 80% | 100% | $154,362.59 |
| Design Development | $246,980 | 1.92% | $197,584 | 80% | 100% | $197,584.11 |
| Contract Documents | $814,263 | 6.33% | $162,853 | 20% | | $0.00 |
| Procurement | $51,454 | 0.40% | $5,145 | 10% | | $0.00 |

| | |
|---|---|
| Total Completed To-Date | $429,171.70 |
| Less Previously billed | 361,625.00 |
| **Total this Invoice for Basic Architectural Services:** | **$67,546.70** |

Summary:
Phase: Design Development

| | |
|---|---|
| Original Contract Amount: | $192,000 |
| This Invoice: | $67,547 |
| Remaining balance in phase: | $0 |

Mr. Jose' A. Moreno                                                              **Page 2**
CSA Architects & Engineers, LLL                                                  30 June 2007

## B. Reimbursable Expenses

### EVJA reimbursable travel expenses:

None this billing

*Subtotal due this invoice for  EVJA Travel expenses:*                           $0.00


### EVJA "Other" expenses:

| | |
|---|---|
| Reprographics: | $0.00 |
| Deliveries: | 0.00 |
| Tele / Fax/ Internet: | 0.00 |
| | $0.00 |

*Subtotal due this invoice for "Other" EVJA expenses:*                           $0.00


**Due this billing for Reimbursable Expenses:**                                  **$0.00**


**Total Due this Billing for Services and Expenses:**                            **$67,546.70**


## Certification:

*Under penalty of absolute nullity, I certify that no public servant of the Municipality of Caguas is part or has any interest in the earnings or benefits product of the contract object of this invoice and to be part or have interest in the earnings or profit product of the contract has mediated a prior dispense. The only consideration to supply goods or services object of the contract has been the agreed payment with the authorized representative of the agency.   The amount of this invoice is just and  correct. The services were rendered and have not been paid.*

Bradley K. Nederhoff

for E. Verner Johnson and Associates, Inc.

July 11, 2007
date

Horticultural Hall
300 Massachusetts Avenue
Boston, MA 02115
v (617) 437 6262
f (617) 437 1272
evjai@vernerjohnson.com
www.vernerjohnson.com

# E. Verner Johnson and Associates, Inc.
Museum Architects and Planners

31 July 2007

**Principals**

E. Verner Johnson

Louis Sirianni

Bradley K. Nederhoff

Thomas A. Troller

**Director of
Museum Planning**

Guy Hermann

**Senior Associate**

Glenn D. Remick

**Associates**

Jonathan Kharfen

Linda Cataldo

Michael McHugh
LEED Program Director

Mr. Jose' A. Moreno
CSA Architects & Engineers, LLP
#2 Ponce de Leon Avenue
Mercantil Plaza Building
Mezzanine Suite
San Juan, Puerto Rico 00918

**Caguas Science and Technology Center - Caguas, Puerto Rico**
**Contract No.: CI-2006-023**

Project Definition and Programming, Basic Design Services,
Contractor Procurement, Permits and Enviornmental Compliance

| | |
|---|---|
| **Estimated Construction Cost**<br>(Based on 50,000 sq.ft. @ $250 per sq. ft.) | **$12,863,549** |
| **Current Fee Split for EVJA**<br>(per agreement dated 10 October 2006, page 9, "Compensation")<br>(including Project Definition Phase) | **$597,170** |

**Professional Services through 31 July 2007**

| Phase | Fee Budget by Phase | % of Cost Budget | EVJA Fee Budget by Phase | EVJA % of Phase | % Complete | Total Earned |
|---|---|---|---|---|---|---|
| Project Definition | $77,225 | | $77,225 | | 100% | $77,225.00 |
| Schematic Design | $192,953 | 1.50% | $154,363 | 80% | 100% | $154,362.59 |
| Design Development | $246,980 | 1.92% | $197,584 | 80% | 100% | $197,584.11 |
| Contract Documents | $814,263 | 6.33% | $162,853 | 20% | | $0.00 |
| Procurement | $51,454 | 0.40% | $5,145 | 10% | | $0.00 |

| | |
|---|---|
| Total Completed To-Date | $429,171.70 |
| Less Previously billed | 429,171.70 |
| **Total this Invoice for Basic Architectural Services:** | **$0.00** |

Summary:
Phase: Contract Documents

| | |
|---|---|
| Contract Amount: | $162,853 |
| This invoice: | $0 |
| Remaining balance in phase: | $162,853 |

Mr. Jose' A. Moreno                                                    **Page 2**
CSA Architects & Engineers, LLP                                        31 July 2007

**B. Additional Services**

| Service | Fee | % Complete | Amount | Billed Previously | Due this Invoice |
|---|---|---|---|---|---|
| Renderings per email dated 14 June '07 | $2,500.00 | 100% | $2,500.00 # | $0.00 | $2,500.00 |
| LEED Work-Design Phase per letter dated 7 May '07 | $35,000.00 | 100% | $35,000.00 # | $0.00 | $35,000.00 |
| **Due this billing for Additional Services:** | | | | | **$37,500.00** |

**C. EVJA reimbursable travel expenses:**

  None this billing

*Subtotal due this invoice for EVJA Travel expenses:*                   $0.00

**EVJA "Other" expenses:**

| Reprographics: | $0.00 |
|---|---|
| Deliveries: | 0.00 |
| Tele/Fax/ Internet; | 0.00 |
| | $0.00 |

*Subtotal due this invoice for "Other" EVJA expenses:*                  $0.00

**Due this billing for Reimbursable Expenses:**                         **$0.00**

**Total Due this Billing for Services and Expenses:**                   $37,500.00

**Certification:**

*Under penalty of absolute nullity, I certify that no public servant of the Municipality of Caguas is part or has any interest in the earnings or benefits product of the contract object of this invoice and to be part or have interest in the earnings or profit product of the contract has mediated a prior dispense. The only consideration to supply goods or services object of the contract has been the agreed payment with the authorized representative of the agency. The amount of this invoice is just and correct. The services were rendered and have not been paid.*

**Bradley K. Nederhoff**
for E. Verner Johnson and Associates, Inc.

Aug. 6, 2007
date

Horticultural Hall
300 Massachusetts Avenue
Boston, MA 02115
v (617) 437 6262
f (617) 437 1272
evjai@vernerjohnson.com
www.vernerjohnson.com

# E. Verner Johnson and Associates, Inc.
Museum Architects and Planners

31 August 2007

**Principals**

E. Verner Johnson

Louis Sirianni

Bradley K. Nederhoff

Thomas A. Troller

**Director of
Museum Planning**

Guy Hermann

**Senior Associate**

Glenn D. Remick

**Associates**

Jonathan Kharfen

Linda Cataldo

Michael McHugh
LEED Program Director

Mr. Jose' A. Moreno
CSA Architects & Engineers, LLP
#2 Ponce de Leon Avenue
Mercantil Plaza Building
Mezzanine Suite
San Juan, Puerto Rico 00918

**Caguas Science and Technology Center - Caguas, Puerto Rico
Contract No.: CI-2006-023**

Project Definition and Programming, Basic Design Services,
Contractor Procurement, Permits and Enviornmental Compliance

**Estimated Construction Cost**                                          **$12,863,549**
(Based on approved SD cost estimate)

**Current Fee Split for EVJA**                                            **$597,170**
(per agreement dated 10 October 2006, page 9, "Compensation")
(including Project Definition Phase)

**Professional Services through 31 August 2007**

| Phase | Fee Budget by Phase | % of Cost Budget | EVJA Fee Budget by Phase | EVJA % of Phase | % Complete | Total Earned |
|---|---|---|---|---|---|---|
| Project Definition | $77,225 | | $77,225 | | 100% | $77,225.00 |
| Schematic Design | $192,953 | 1.50% | $154,363 | 80% | 100% | $154,362.59 |
| Design Development | $246,980 | 1.92% | $197,584 | 80% | 100% | $197,584.11 |
| Contract Documents | $814,263 | 6.33% | $162,853 | 20% | 30% | $48,855.76 |
| Procurement | $51,454 | 0.40% | $5,145 | 10% | | $0.00 |

| | |
|---|---|
| Total Completed To-Date | $478,027.46 |
| Less Previously billed | 429,171.70 |
| **Total this Invoice for Basic Architectural Services:** | **$48,855.76** |

Summary:
Phase: Contract Documents

| | |
|---|---|
| Contract Amount: | $162,853 |
| This invoice: | $48,856 |
| Remaining balance in phase: | $113,997 |

**B. Additional Services**

| Service | Fee | % Complete | Amount | Billed Previously | Due this Invoice |
|---|---|---|---|---|---|
| Renderings per email dated 14 June '07 | $2,500.00 | 100% | $2,500.00  # | $2,500.00 | $0.00 |
| LEED Work-Design Phase per letter dated 7 May '07 | $35,000.00 | 100% | $35,000.00  # | $35,000.00 | $0.00 |

| Due this billing for Additional Services: | | | | | $0.00 |
|---|---|---|---|---|---|

**C. EVJA reimbursable travel expenses:**

None this billing

*Subtotal due this invoice for  EVJA Travel expenses:*                        $0.00

**EVJA "Other" expenses:**

None this billing

*Subtotal due this invoice for "Other" EVJA expenses:*                        $0.00

| Due this billing for Reimbursable Expenses: | $0.00 |
|---|---|

| Total Due this Billing for Services and Expenses: | $48,855.76 |
|---|---|

*Certification:*

*Under penalty of absolute nullity, I certify that no public servant of the Municipality of Caguas is part or has any interest in the earnings or benefits product of the contract object of this invoice and to be part or have interest in the earnings or profit product of the contract has mediated a prior dispense. The only consideration to supply goods or services object of the contract has been the agreed payment with the authorized representative of the agency.  The amount of this invoice is just and  correct.  The services were rendered and have not been paid.*

Bradley K. Nederhoff
for E. Verner Johnson and Associates, Inc.

9/11/07
date

Horticultural Hall
300 Massachusetts Avenue
Boston, MA 02115
v (617) 437 6262
f (617) 437 1272
evjai@vernerjohnson.com
www.vernerjohnson.com

# E. Verner Johnson and Associates, Inc.
Museum Architects and Planners

30 September 2007

Principals

E. Verner Johnson

Louis Sirianni

Bradley K. Nederhoff

Thomas A. Troller

Mr. Jose' A. Moreno
CSA Architects & Engineers, LLP
#2 Ponce de Leon Avenue
Mercantil Plaza Building
Mezzanine Suite
San Juan, Puerto Rico 00918

**Caguas Science and Technology Center - Caguas, Puerto Rico
Contract No.: CI-2006-023**

Director of
Museum Planning

Guy Hermann

Project Definition and Programming, Basic Design Services,
Contractor Procurement, Permits and Enviornmental Compliance

| | |
|---|---|
| **Estimated Construction Cost**<br>(Based on approved SD cost estimate) | **$12,863,549** |

Senior Associate

Glenn D Remick

| | |
|---|---|
| **Current Fee Split for EVJA**<br>(per agreement dated 10 October 2006, page 9, "Compensation")<br>(including Project Definition Phase) | **$597,170** |

Associates

Jonathan Kharfen

Linda Cataldo

Michael McHugh
LEED Program Director

**Professional Services through 31 August 2007**

| Phase | Fee Budget by Phase | % of Cost Budget | EVJA Fee Budget by Phase | EVJA % of Phase | % Complete | Total Earned |
|---|---|---|---|---|---|---|
| Project Definition | $77,225 | | $77,225 | | 100% | $77,225.00 |
| Schematic Design | $192,953 | 1.50% | $154,363 | 80% | 100% | $154,362.59 |
| Design Development | $246,980 | 1.92% | $197,584 | 80% | 100% | $197,584.11 |
| Contract Documents | $814,263 | 6.33% | $162,853 | 20% | 50% | $81,426.27 |
| Procurement | $51,454 | 0.40% | $5,145 | 10% | | $0.00 |

| | |
|---|---|
| Total Completed To-Date | $510,597.97 |
| Less Previously billed | 478,027.46 |
| **Total this Invoice for Basic Architectural Services:** | **$32,570.51** |

Summary:
Phase: Contract Documents

| | |
|---|---|
| Contract Amount: | $162,853 |
| This invoice: | $32,571 |
| Remaining balance in phase: | $81,426 |

Mr. Jose' A. Moreno

CSA Architects & Engineers, LL.

**B.  Additional Services**

| Service | Fee | % Complete | Amount | Billed Previously | Due this Invoice |
|---|---|---|---|---|---|
| Renderings per email dated 14 June '07 | $2,500.00 | 100% | $2,500.00  # | $2,500.00 | $0.00 |
| LEED Work-Design Phase per letter dated 7 May '07 | $35,000.00 | 100% | $35,000.00  # | $35,000.00 | $0.00 |
| **Due this billing for Additional Services:** | | | | | **$0.00** |

**C.  EVJA reimbursable travel expenses:**

Trip of B. Nederhoff and G. Remick (Newark, NJ) , 18 September 2007

| | |
|---|---|
| Airfare: | $1,385.60 |
| Car Rental: | 88.44 |
| Meals: | 13.55 |
| Parking: | 24.00 |
| Tolls: | 0.00 |
| | $1,511.59 |

*Subtotal due this invoice for  EVJA Travel expenses:*          $1,511.59

**EVJA "Other" expenses:**

| | |
|---|---|
| Reprographics: | $3,715.00 |
| Deliveries: | 18.61 |
| Tele/Fax/ Internet: | 5.85 |
| | $3,739.46 |

*Subtotal due this invoice for "Other" EVJA expenses:*          $3,739.46

**Due this billing for Reimbursable Expenses:**          **$5,251.05**

**Total Due this Billing for Services and Expenses:**          **$37,821.56**

**Certification:**

*Under penalty of absolute nullity, I certify that no public servant of the Municipality of Caguas is part or has any interest in the earnings or benefits product of the contract object of this invoice and to be part or have interest in the earnings or profit product of the contract has mediated a prior dispense. The only consideration to supply goods or services object of the contract has been the agreed payment with the authorized representative of the agency.  The amount of this invoice is just and  correct. The services were rendered and have not been paid.*

Bradley K. Nederhoff

9/25/07

for E. Werner Johnson and Associates, Inc.

date

Horticultural Hall
300 Massachusetts Avenue
Boston, MA 02115
v (617) 437 6262
f (617) 437 1272
evjai@vernerjohnson.com
www.vernerjohnson.com

# E. Verner Johnson and Associates, Inc.

Museum Architects and Planners

31 October 2007

**Principals**

E. Verner Johnson

Louis Sirianni

Bradley K. Nederhoff

Thomas A. Troller

**Director of
Museum Planning**

Guy Hermann

**Senior Associate**

Glenn D. Remick

**Associates**

Jonathan Kharfen

Linda Cataldo

Michael McHugh
LEED Program Director

Mr. Jose' A. Moreno
CSA Architects & Engineers, LLP
#2 Ponce de Leon Avenue
Mercantil Plaza Building
Mezzanine Suite
San Juan, Puerto Rico 00918

**Caguas Science and Technology Center - Caguas, Puerto Rico
Contract No.: CI-2006-023**

Project Definition and Programming, Basic Design Services,
Contractor Procurement, Permits and Enviornmental Compliance

**Estimated Construction Cost**                                    $12,863,549
(Based on approved SD cost estimate)

**Current Fee Split for EVJA**                                     $597,170
(per agreement dated 10 October 2006, page 9, "Compensation")
(including Project Definition Phase)

**Professional Services through 31 October 2007**

| Phase | Fee Budget by Phase | % of Cost Budget | EVJA Fee Budget by Phase | EVJA % of Phase | % Complete | Total Earned |
|-------|--------------------|-----------------|--------------------------|-----------------|------------|--------------|
| Project Definition | $77,225 | | $77,225 | | 100% | $77,225.00 |
| Schematic Design | $192,953 | 1.50% | $154,363 | 80% | 100% | $154,362.59 |
| Design Development | $246,980 | 1.92% | $197,584 | 80% | 100% | $197,584.11 |
| Contract Documents | $814,263 | 6.33% | $162,853 | 20% | 90% | $146,567.28 |
| Procurement | $51,454 | 0.40% | $5,145 | 10% | | $0.00 |

| Total Completed To-Date | $575,738.98 |
|---|---|
| Less Previously billed | 510,597.97 |
| **Total this Invoice for Basic Architectural Services:** | **$65,141.01** |

Summary:
Phase: Contract Documents

| Contract Amount: | $162,853 |
|---|---|
| This invoice: | $65,141 |
| Remaining balance in phase: | $16,285 |

Mr. Jose' A. Moreno                                                          Page 2
CSA Architects & Engineers, LLP                                          31 October 2007

**B.  Additional Services**

| Service | Fee | % Complete | Amount | Billed Previously | Due this Invoice |
|---|---|---|---|---|---|
| Renderings per email dated 14 June '07 | $2,500.00 | 100% | $2,500.00 # | $2,500.00 | $0.00 |
| LEED Work-Design Phase per letter dated 7 May '07 | $35,000.00 | 100% | $35,000.00 # | $35,000.00 | $0.00 |

| Due this billing for Additional Services: | | | | | $0.00 |
|---|---|---|---|---|---|


**C.  EVJA reimbursable travel expenses:**

   None this billing

   *Subtotal due this invoice for EVJA Travel expenses:*                        $0.00


   **EVJA "Other" expenses:**

   None this billing

   *Subtotal due this invoice for "Other" EVJA expenses:*                       $0.00

   **Due this billing for Reimbursable Expenses:**                              $0.00


**Total Due this Billing for Services and Expenses:**                      $65,141.01


*Certification:*

*Under penalty of absolute nullity, I certify that no public servant of the Municipality of Caguas is part or has any interest in the earnings or benefits product of the contract object of this invoice and to be part or have interest in the earnings or profit product of the contract has mediated a prior dispense. The only consideration to supply goods or services object of the contract has been the agreed payment with the authorized representative of the agency. The amount of this invoice is just and correct. The services were rendered and have not been paid.*

Bradley K. Nederhoff                                          Oct. 31, 2007
for E. Verner Johnson and Associates, Inc.                        date

Horticultural Hall
300 Massachusetts Avenue
Boston, MA  02115
v (617) 437 6262
f (617) 437 1272
evjai@vernerjohnson.com
www.vernerjohnson.com

# E. Verner Johnson and Associates, Inc.

Museum Architects and Planners

31 December 2007

**Principals**

E. Verner Johnson

Louis Sirianni

Bradley K. Nederhoff

Thomas A. Troller

**Director of
Museum Planning**

Guy Hermann

**Senior Associate**

Glenn D. Remick

**Associates**

Jonathan Kharfen

Linda Cataldo

Michael McHugh
LEED Program Director

Mr. Jose' A. Moreno
CSA Architects & Engineers, LLP
#2 Ponce de Leon Avenue
Mercantil Plaza Building
Mezzanine Suite
San Juan, Puerto Rico  00918

**Caguas Science and Technology Center - Caguas, Puerto Rico
Contract No.: CI-2006-023**

Project Definition and Programming, Basic Design Services,
Contractor Procurement, Permits and Enviornmental Compliance

| | |
|---|---:|
| **Estimated Construction Cost**<br>(Based on approved SD cost estimate) | **$12,863,549** |
| **Current Fee Split for EVJA**<br>(per agreement dated 10 October 2006, page 9, "Compensation")<br>(including Project Definition Phase) | **$597,170** |

**Professional Services through 31 December 2007**

| Phase | Fee Budget by Phase | % of Cost Budget | EVJA Fee Budget by Phase | EVJA % of Phase | % Complete | Total Earned |
|---|---|---|---|---|---|---|
| Project Definition | $77,225 | | $77,225 | | 100% | $77,225.00 |
| Schematic Design | $192,953 | 1.50% | $154,363 | 80% | 100% | $154,362.59 |
| Design Development | $246,980 | 1.92% | $197,584 | 80% | 100% | $197,584.11 |
| Contract Documents | $814,263 | 6.33% | $162,853 | 20% | 100% | $162,852.53 |
| Procurement | $51,454 | 0.40% | $5,145 | 10% | | $0.00 |

| | |
|---|---:|
| Total Completed To-Date | $592,024.24 |
| Less Previously billed | 575,738.98 |
| **Total this Invoice for Basic Architectural Services:** | **$16,285.26** |

Summary:
Phase: Contract Documents

| | |
|---|---|
| Contract Amount: | $162,853 |
| This invoice: | $16,285 |
| Remaining balance in phase: | $0 |

CSA Architects & Engineers, LL⌐                                                31 December 2007

**B. Additional Services**

| Service | Fee | % Complete | Amount | Billed Previously | Due this Invoice |
|---|---|---|---|---|---|
| Renderings per email dated 14 June '07 | $2,500.00 | 100% | $2,500.00  # | $2,500.00 | $0.00 |
| LEED Work-Design Phase per letter dated 7 May '07 | $35,000.00 | 100% | $35,000.00  # | $35,000.00 | $0.00 |

**Due this billing for Additional Services:**                                   **$0.00**

**C. EVJA reimbursable travel expenses:**

Trip of B. Nederhoff and G. Remick (Newark, NJ), 18 September 2007

Taxis:               45.00      *( not included in September 2007 billing)*
                   ─────────
                    $45.00

*Subtotal due this invoice for  EVJA Travel expenses:*                          $45.00

**EVJA "Other" expenses:**

Reprographics:           $0.00
Tele/Fax/ Internet:      2.34
                       ─────────
                        $2.34
None this billing

*Subtotal due this invoice for "Other" EVJA expenses:*                          $2.34

**Due this billing for Reimbursable Expenses:**                                 **$47.34**

**Total Due this Billing for Services and Expenses:**                           **$16,332.60**

*Certification:*

*Under penalty of absolute nullity, I certify that no public servant of the Municipality of Caguas is part or has*

_____                         _____
**Bradley K. Nederhoff**                                 Jan 4, 2008
for E. Verner Johnson and Associates, Inc.               date